UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ANDRE SMITH

               Plaintiff,

     v.

GLENN GOORD, et al.,

               Defendants.

<u>DECISION & ORDER</u>

04-CV-6432CJS

       Plaintiff in the above-captioned matter having moved pursuant to Rule 33 of the Federal Rules of Civil Procedure for leave to serve in excess of twenty-five interrogatories (Docket # 40), it is hereby

       ORDERED, that plaintiff shall be permitted to serve ten (10) interrogatories upon each of the four named defendants (for a total of forty (40) interrogatories).

**IT IS SO ORDERED.**

                                              *s/Marian W. Payson*
                                               MARIAN W. PAYSON
                                              United States Magistrate Judge

Dated: Rochester, New York
        August  26 , 2005.